UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>JOAQUIN BASURTO-ESPINO,<br><br>           Defendant. | NO. CR-09-2046-EFS<br><br>**ORDER DENYING MOTION TO AMEND PURSUANT TO COURT'S ORDER** |

Before the Court, without oral argument, is Defendant Joaquin Basurto-Espino's Motion to Amend Pursuant to Courts [sic] Order (ECF No. 65), filed March 14, 2011. Mr. Basurto-Espino asks the Court to construe his previously-filed Motion for Relief Pursuant to F. R. Civ. P. 60(b)(1) and (6) (ECF No. 63) as one pursuant to 28 U.S.C. § 2255. The Court in its Orders (ECF Nos. 61 & 64) denied the relief Mr. Basurto-Espino previously requested and indicated to him that he must clearly decide whether he wanted to file a § 2255 petition for writ of habeas corpus. To the extent that any language in those Orders may have misled Mr. Basurto-Espino into believing that the Court would simply construe those motions as meeting the requirements of § 2255 and the Rules Governing Section 2255 Proceedings, it was not the Court's intention to do so. The

ORDER ~ 1

requirements of that statute and those rules are clear and the Court will not shortcut them.

After fully considering the instant motion (ECF No. 65), the Court declines to construe the Motion for Relief Pursuant to F. R. Civ. P. 60(b)(1) and (6) (ECF No. 63) as a petition for writ of habeas corpus under § 2255 because Mr. Basurto-Espino's instant motion to amend fails to follow the requirements of the Rules Governing Section 2255 Proceedings for the United States District Courts. None of those requirements have been met by any of Mr. Basurto-Espino's filings to date. It appears that Mr. Basurto-Espino has time to file a § 2255 petition that meets the pleading requirements of those rules. *See* 28 U.S.C. § 2255(f) (setting a one-year statute of limitations); (ECF No. 64).

Accordingly, **IT IS HEREBY ORDERED:** Defendant Joaquin Basurto-Espino's Motion to Amend Pursuant to Courts [sic] Order **(ECF No. 65)** is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide a copy to Defendant and the United States Attorney's Office.

**DATED** this  11th   day of April 2011.

                    S/ Edward F. Shea
                      EDWARD F. SHEA
              United States District Judge

Q:\Criminal\2009\2046.Deny.2255.wpd

ORDER ~ 2